WELCH, J.,
agreeing in part and dissenting in part.
|tI agree with the majority on the issue of liability. However, I dissent regarding *366 the damages portion of the opinion. Damages are awarded by the trier of fact based upon the law and evidence. Most, if not all, district court judges base their awards on the length of pain and suffering and have some idea of what they believe is an adequate award for a month of pain and suffering. While this is subject to an abuse of discretion review by the appellate court, I believe an award of $2,500 a month for pain and suffering, while on the high end of the spectrum, is not an abuse of discretion. The only mistake according to the majority is that the trial judge set forth her formula; had she not done so, this award based on the testimony and evidence in the record would be affirmed. Thus, the judgment on damages should be affirmed.